UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

TERESA MILLER,

            Plaintiff,

v.

WALMART, INC.,

            Defendant.

Case No. 2:23-cv-00079-GMN-EJY

**ORDER**

Pending before the Court is Heidari Law Group, PC and Sam Ryan Heidari's Emergency Motion to Withdraw as Attorney. ECF No. 19.

On April 12, 2023, the Court held a hearing on this matter providing Plaintiff Teresa Miller the opportunity to appear and address the Court. ECF No. 18. At that hearing, the Court heard from Mr. Heidari and counsel for Walmart. Ms. Miller did not appear. Based on the *in camera* representations of Mr. Heidari and the letter previously received from Ms. Miller, the Court found continued representation of Ms. Miller by Mr. Heidari was not feasible. The Court confirms that the attorney-client relationship has deteriorated to the point that continued efforts by Heidari Law Group to represent Ms. Miller would be futile and contrary to Heidari Law Group's responsibilities. The Court notes that neither Heidari Law Group nor Mr. Heidari have done anything but their best to pursue claims on behalf of Ms. Miller. The Court finds no wrongdoing of any kind by Mr. Heidari or Heidari Law Group.

Based on the foregoing and the representations made to the Court on April 12, 2023, IT IS HEREBY ORDERED that the Emergency Motion to Withdraw as Attorney (ECF No. 19) is GRANTED.

IT IS FURTHER ORDERED that a stay of discovery is in place for the period measured from April 12, 2023 through May 12, 2023. This brief stay is entered to provide Ms. Miller the opportunity to obtain new counsel if she so chooses or to discuss a final resolution of this case with

Walmart, which she expressed the desire to do in her letter to the Court.  On May 15, 2023, discovery may resume.

IT IS FURTHER ORDERED that the Clerk of Court **must** mail a copy of this Order to the last known address for Teresa Miller, whose address is provided at ECF No. 19.

DATED this 17th day of April, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE